UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

-------------------------------------------------------------X
JOHN DOE,                                      :      Docket No. 1:15-CV-00455-JL
                                               :
              Plaintiff,              :
                                               :
    -against-                                :      MOTION TO WITHDRAW
                                               :      COMPLAINT
SAINT ANSELM UNIVERSITY,                       :
                                               :
                                               :
              Defendant.              :
-------------------------------------------------------------X

NOW COMES plaintiff John Doe, by and through his attorneys, Nesenoff & Miltenberg, LLP, and hereby submits this Motion to withdraw the Complaint without prejudice.

1. Plaintiff filed the Complaint on November 3, 2015.

2. Defendant filed a Motion to Dismiss the Complaint on January 4, 2016.

3. Plaintiff wishes to withdraw the Complaint without prejudice.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant its Motion to Withdraw the Complaint without prejudice.

Dated:      New York, New York
              July 8, 2016

                              Respectfully submitted,

                              **NESENOFF & MILTENBERG, LLP**
                              *Attorneys for Plaintiff John Doe*

                              By:    /s/ Diana R. Zborovsky
                                    Diana R. Zborovsky, Esq.
                                    363 Seventh Avenue, Fifth Floor
                                    New York, New York 10001
                                    (212) 736-4500
                                    dzborovsky@nmllplaw.com

**COLE ASSOCIATES CIVIL LAW, PLLC**

**Local counsel**

By:    __/s/ Carolyn Cole_____
        **Carolyn Cole, Esq.**
        **N.H. Bar #14549**
        **23 South Main Street, Suite 3I**
        **Hanover, N.H. 03755**
        **603-277-9196**

Dated: November 4, 2015

        Respectfully submitted,

        Plaintiff John Doe


        By: /s/ Carolyn Cole
        Carolyn Cole, Esq.
        N.H. Bar #14549
        23 South Main Street, Suite 3I
        Hanover, N.H. 03755
        ccole@coleandersonlaw.com

            -and-

        Andrew T. Miltenberg, Esq.(*pro hac vice* pending)
        Diana R. Zborovsky, Esq. (*pro hac vice* pending)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-450
        amiltenberg@nmllplaw.com
        dzborovsky@nmllplaw.com